**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCOS TULIO RODRIGUEZ-AVILA,<br><br>Defendant. | CR 26-29-BU-WWM<br><br>ORDER RELATING TO STUDENT PARTICIPATION |

The United States filed a Notice of Student Participation and Supervising Attorney's Certification. (Doc. 30). The notice provided fails to conform with Local Rule 83.7(d)(1)(A). Accordingly,

**IT IS HEREBY ORDERED** that pursuant to Local Rule 83.7(b)(2), the student participation in the Sentencing Hearing scheduled for November 19th is disallowed unless the United States provides notice complying with Local Rule 83.7.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of November, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE